Same case below, 585 F.3d 58.

**No. 09-856. Angela Montgomery, Petitioner v. Wyeth, fka American Home Products Corporation, et al.**

559 U.S. 1031, 130 S. Ct. 1896, 176 L. Ed. 2d 403, 2010 U.S. LEXIS 2415.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied. The Chief Justice took no part in the consideration or decision of this petition.

Same case below, 580 F.3d 455.

**No. 09-937. Martin Droz, Petitioner v. P. J. McCadden.**

559 U.S. 1031, 130 S. Ct. 1914, 176 L. Ed. 2d 403, 2010 U.S. LEXIS 2356.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 580 F.3d 106.

**No. 09-972. Claude E. Salazar, et ux., Petitioners v. Commissioner of Internal Revenue.**

559 U.S. 1031, 130 S. Ct. 1920, 176 L. Ed. 2d 403, 2010 U.S. LEXIS 2502.

**No. 09-6531. Damon Lucky, Petitioner v. United States.**

559 U.S. 1031, 130 S. Ct. 1878, 176 L. Ed. 2d 403, 2010 U.S. LEXIS 2481.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 569 F.3d 101.

**No. 09-7319. Donald Fell, Petitioner v. United States.**

559 U.S. 1031, 130 S. Ct. 1880, 176 L. Ed. 2d 403, 2010 U.S. LEXIS 2378.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appels for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 531 F.3d 197.